IC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Debora Price )
_____ )
_____ )
)
Plaintiff(s), )
)
v. David Steiner )
)
Post Master Genol, USPS )
)
)
Defendant(s). )

**RECEIVED**

MAR 26 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case Number: _____

1:26-cv-03336
Judge Mary M. Rowland
Magistrate Judge Keri L. Holleb Hotaling
RANDOM / Cat. 1

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Debora Price of the county of Cook in the state of Illinois.

3. The defendant is David Steiner, whose street address is 475 L'Enfant Plaza SW
(city) Washington (county) _____ (state) DC (ZIP) 20260-2200
(Defendant's telephone number) (800) - 275-8777

4. The plaintiff sought employment or was employed by the defendant at (street address)
11600 W. Irving Park Road (city) Chicago
(county) Cook (state) Illinois (ZIP code) 60688-9998

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.   The plaintiff [*check one box*]

   (a)   ☐   was denied employment by the defendant.

   (b)   ☑   was hired and is still employed by the defendant.

   (c)   ☐   was employed but is no longer employed by the defendant.

6.   The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) June , (day) 10 , (year) 2023 .

7.1   (*Choose paragraph 7.1 or 7.2, do not complete both.*)

   (a)   The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

      (i)   ☐ the United States Equal Employment Opportunity Commission, on or about

         (month)_____ (day)_____ (year)_____.

      (ii)   ☐ the Illinois Department of Human Rights, on or about

         (month)_____ (day)_____ (year)_____.

   (b)   If charges *were* filed with an agency indicated above, a copy of the charge is

      attached. ☐ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois

   Department of Human Rights to cross-file with the other agency all charges received. The

   plaintiff has no reason to believe that this policy was not followed in this case.

7.2   The defendant is a federal governmental agency, and

   (a)   the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev: 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_MARCH_

(day)_17_ (year)_2026_ .

(c)    Attached is a copy of the

(i) Complaint of Employment Discrimination,

☑ Yes    ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☑ Yes    ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐    the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☐    the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month)_____ (day)_____ (year)_____ a copy of which

*Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only

those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☑ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☑ other (specify): denied upper Mobility training

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

MAy 18, 2023 - BAckup Lead Clerk Announcement
MAy 22, 2023 - Plaintiff requested training
MAy 22, 2023 - 6-9-2023 (7) Senn manager approved trainging for Plaintiff
June 10, 2023 - FRAncies Locke denied Plaintiff training for upward Mobility, retaliation and discriminar

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☑ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☑ Direct the defendant to (specify): Stop hArAssing, retaliation, disirimination via self and third parties.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g)  ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h)  ☑ Grant such other relief as the Court may find appropriate.

_____
(Plaintiff's signature)

Deboka Price
(Plaintiff's name)

P.O. Box 6036
(Plaintiff's street address)

(City) Chicago  (State) Illinois  (ZIP) 60680-6036

(Plaintiff's telephone number) (773) – 491-3700

Date: 3/26/2026

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Office of Federal Sector**
**P.O. Box 77960**
**Washington, DC 20013**

Debora Price a/k/a
Mirtha H.,[1]
Complainant,

v.

David Steiner,
Postmaster General,
United States Postal Service
(Field Areas and Regions),
Agency.

Appeal No. 2025001995

Hearing No. 440-2024-00061X

Agency No. 1F-341-0359-23

<u>DECISION</u>

On March 12, 2025, Complainant filed an appeal with the Equal Employment Opportunity Commission (EEOC or Commission), pursuant to 29 C.F.R. § 1614.403(a), from the Agency's February 13, 2025 final order concerning her equal employment opportunity (EEO) complaint alleging employment discrimination in violation of Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C. § 2000e et seq.

During the relevant time, Complainant worked as a Mail Processing Clerk, Level 6 at the Agency's Chicago International Service Center in Chicago, Illinois.

---

[1] This case has been randomly assigned a pseudonym which will replace Complainant's name when the decision is published to non-parties and the Commission's website.

2                                                        2025001995

On September 18, 2023, Complainant filed an EEO complaint alleging that the Agency discriminated against her on the bases of color (Light skin) and reprisal (prior EEO activity) when,:

> on June 10, 2023, she was denied training and subsequently her requests for a meeting to discuss the training were denied.

The Agency accepted Complainant's complaint for investigation. At the conclusion of the investigation, the Agency provided Complainant with a copy of the report of investigation and notice of her right to request a hearing before an Equal Employment Opportunity Commission Administrative Judge (AJ). Complainant requested a hearing.

The AJ assigned to the case determined *sua sponte* that the complaint did not warrant a hearing and over Complainant's objections, issued a decision without a hearing on February 7, 2025. The Agency subsequently issued a final order adopting the AJ's finding that Complainant failed to prove that the Agency subjected her to discrimination as alleged.

The Commission's regulations allow an AJ to grant summary judgment when they find that there is no genuine issue of material fact. 29 C.F.R. § 1614.109(g). An issue of fact is "genuine" if the evidence is such that a reasonable fact finder could find in favor of the non-moving party. Celotex v. Catrett, 477 U.S. 317, 322-23 (1986); Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 247-49 (1986). A fact is "material" if it has the potential to affect the outcome of the case. Id. When considering summary judgment, facts and inferences must be viewed in the light most favorable to the non-moving party. See Ricci v. DeStefano, 557 U.S. 557, 586 (2009).

To successfully oppose a decision by summary judgment, a complainant must identify, with specificity, facts in dispute either within the record or by producing further supporting evidence and must further establish that such facts are material under applicable law. 29 C.F.R. § 1614.109(g)(2); Celotex, 477 U.S. at 322-24; see also EEO MD-110, at Chap. 7, § III.E. Such a dispute would indicate that a hearing is necessary to produce evidence to support a finding that the Agency was motivated by discriminatory animus. Here, however, Complainant has failed to establish such a dispute.

3                                                    2025001995

Even construing any inferences raised by the undisputed facts in favor of Complainant, a reasonable fact-finder could not find in Complainant's favor.

In so finding, we note that, to prevail in a disparate treatment claim, Complainant must satisfy the three-part evidentiary scheme fashioned by the Supreme Court in McDonnell Douglas Corp. v. Green, 411 U.S. 792 (1973). Complainant must initially establish a prima facie case by demonstrating that she was subjected to an adverse employment action under circumstances that would support an inference of discrimination. Furnco Constr. Co. v. Waters, 438 U.S. 567, 576 (1978). Proof of a prima facie case will vary depending on the facts of the particular case. McDonnell Douglas, 411 U.S. at 804 n. 14. The burden then shifts to the Agency to articulate a legitimate, nondiscriminatory reason for its actions. Tex. Dep't of Cmty. Affairs v. Burdine, 450 U.S. 248, 253 (1981). Finally, to rebut the Agency's contentions, Complainant mut prove by a preponderance of the evidence that the Agency's articulated reason is mere pretext for discrimination.

In order to establish a *prima facie* case of discrimination based on color, Complainant must show: (1) that she is a member of a protected group; (2) was subjected to an adverse employment action; and (3) was treated less favorably than other similarly situated employees outside of her protected group. We note that it is not necessary for a complainant to rely strictly on comparative evidence to establish the inference of discriminatory motivation required to support a *prima facie* case. O'Connor v. Consolidated Coin Caterers Corp., 517 U.S. 308, 312 (1996); EEOC Enforcement Guidance on O'Connor v. Consolidated Coin Caterers Corp., EEOC Notice No. 915.002, n. 4 (September 18, 1996).

In this case, Complainant claimed that Process Support Manager and Plant Manager denied her training request because of her color. Specifically, Complainant said Process Support Manager had a history of giving light skin "well-groomed people a hard time," and providing training for dark skin and "not so well-groomed" employees. Complainant stated that there were five similarly situated dark skin employees who completed the training. However, other than her own testimony, Complainant did not bring forth any witness or documentary evidence to demonstrate that the five comparators completed the training.

Contrary to Complainant's allegations, Process Support Manager testified that four of the comparators did not request training or were denied training because it was not required for their position.

4                                        2025001995

Regarding the remaining comparator, Process Support Manager first said that she approved training for the remaining comparator, and then said if the comparator had asked for the training she would have denied it. However, when Process Support Manager was given an opportunity to clarify the above referenced statements, she stated that "none [of the comparators] were provided TACS training."

Process Support Manager denied that color was a factor in her decision to deny Complainant's request. Process Support Manager said that she denied Complainant's request because the requested training was not required for Complainant's position. Plant Manager corroborated Process Support Manager's testimony, he said that Complainant did not receive the training because she was not a Lead Clerk or backup Clerk. Plant Manager stated that his lack of response to Complainant's request for a meeting was an oversight.

After careful review of the evidence, we find that Complainant failed to establish a prima facie case of discrimination. Instead, the record showed that Complainant was treated like the other employees.

Moreover, Complainant has not established a *prima facie case* of retaliation. In order to establish a *prima facie* case of reprisal or retaliation, Complainant must prove: (1) that she engaged in protected activity, (2) that Process Support Manager and Plant Manager were aware of the protected activity; (3) subsequently, Complainant was subjected to adverse treatment by Process Support Manager and Plant Manager; and (4) a nexus exists between the protected activity and the adverse treatment. Whitmire v. Department of the Air Force, EEOC Appeal No. 01A00340 (September 25, 2000). Complainant filed three previous EEO complaints. However, she did not present any evidence that Process Support Manager and Plant Manager were aware of her previous complaints, or that she was denied training within such a period of time of her protected activity that a retaliatory motivation may be inferred. For these reasons, Complainant has not shown that she was discriminated against by the Agency when it denied training to her.

The Agency's final order implementing the AJ's decision is AFFIRMED

5                                                    2025001995

## STATEMENT OF RIGHTS - ON APPEAL
## RECONSIDERATION (M1125)

The Commission may, in its discretion, reconsider this appellate decision if Complainant or the Agency submits a written request that contains arguments or evidence that tend to establish that:

1. The appellate decision involved a clearly erroneous interpretation of material fact or law; or

2. The appellate decision will have a substantial impact on the policies, practices, or operations of the agency.

Requests for reconsideration must be filed with EEOC's Office of Federal Sector (OFS) **within thirty (30) calendar days** of receipt of this decision. If the party requesting reconsideration elects to file a statement or brief in support of the request, **that statement or brief must be filed together with the request for reconsideration**. A party shall have **twenty (20) calendar days** from receipt of another party's request for reconsideration within which to submit a brief or statement in opposition. See 29 C.F.R. § 1614.405; Equal Employment Opportunity Management Directive for 29 C.F.R. Part 1614 (EEO MD-110), at Chap. 9 § VII.B (Aug. 5, 2015).

Complainant should submit their request for reconsideration, and any statement or brief in support of their request, via the EEOC Public Portal, which can be found at https://publicportal.eeoc.gov/Portal/Login.aspx. Alternatively, Complainant can submit their request and arguments to the Director, Office of Federal Sector, Equal Employment Opportunity Commission, via regular mail addressed to P.O. Box 77960, Washington, DC 20013, or by certified mail addressed to 131 M Street, NE, Washington, DC 20507. In the absence of a legible postmark, a complainant's request to reconsider shall be deemed timely filed if OFS receives it by mail within five days of the expiration of the applicable filing period. See 29 C.F.R. § 1614.604.

An agency's request for reconsideration must be submitted in digital format via the EEOC's Federal Sector EEO Portal (FedSEP). See 29 C.F.R. § 1614.403(g). Either party's request and/or statement or brief in opposition must also include proof of service on the other party, unless Complainant files their request via the EEOC Public Portal, in which case no proof of service is required.

6                                      2025001995

Failure to file within the 30-day time period will result in dismissal of the party's request for reconsideration as untimely, unless extenuating circumstances prevented the timely filing of the request. **Any supporting documentation must be submitted together with the request for reconsideration.** The Commission will consider requests for reconsideration filed after the deadline only in very limited circumstances. See 29 C.F.R. § 1614.604(f).

## COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (S0124)

You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official Agency head or department head, identifying that person by their full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work. If you file a request to reconsider and also file a civil action, **filing a civil action will terminate the administrative processing of your complaint.**

## RIGHT TO REQUEST COUNSEL (Z0815)

If you want to file a civil action but cannot pay the fees, costs, or security to do so, you may request permission from the court to proceed with the civil action without paying these fees or costs. Similarly, if you cannot afford an attorney to represent you in the civil action, you may request the court to appoint an attorney for you. **You must submit the requests for waiver of court costs or appointment of an attorney directly to the court, not the Commission.** The court has the sole discretion to grant or deny these types of requests.

7                                                                    2025001995

Such requests do not alter the time limits for filing a civil action (please read the paragraph titled Complainant's Right to File a Civil Action for the specific time limits).

FOR THE COMMISSION:

*Gul Chaudhry*

_____
Gul Chaudhry, Acting Director
Office of Federal Sector

March 17, 2026
Date

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
pricedebora@yahoo.com

U.S. Postal Service
Certified Mail Receipt #7017 1000 0000 4522 0896

July 11, 2023

NEEOISO – EEO Contact Center
P. O. Box 21979
Tampa, Florida 33622-1979

RE:   Debora Price, Clerk, 02813849
JT Weeker (ISC) CIMSC
11600 W. Irving Park Road
Chicago, Illinois 60666-9998

I would like to file an EEOC Complaint against the following alleged responsible

management officials for denying me upper mobility, despaired treatment, retaliation, color,

discrimination and abuse of power.

**Frances M. Locke**
**Manager of In-Plant Support**
**JT Weeker – ISC**
**frances.m.locke@usps.gov**
**(224) 275-1613**

**Quintin Mayberry**
**Plant Manager**
**JT Weeker – ISC**
**quintin.l.mayberry@usps.gov**
**(630) 659 – 8161**

## SUMMARY

On or about Thursday, May 18, 2023, Kelly D. Wells (Administrative Assistant, Office

of Illinois 1 District Manager) sent out an email regarding TACS ZOOM Training. Monday,

1

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
pricedebora@yahoo.com

May 22, 2022, I informed my MDO, Ellen Spaulding and A/MDO Glendory Evans that I was interested in taking such training. Ms. Spaulding attempted to register me for the class; however, she was not able to do so because she was not my approving manager. Therefore, I sent such trailing email request to George Chakco and Leny Sou (Approving Managers). The same day Ms. Sou tried to register me; however, she was unsuccessful. Monday, June 5, 2023, I sent Mr. Chakco another email requesting him to register me since Ms. Sou couldn't do so. Friday, June 9, 2023, Mr. Chakco, sent a follow-up email to Mrs. Powell-Lewis and she signed me up for the TACS WBT training (**Exhibit A**).

## DESPAIRED TREATMENT

After going through all the back-and-forwards of finally being assigned to the TACS Training, Saturday, June 10, 2023, Ms. Locke felt the need to BLOCK me from doing the TACS Training (**Exhibit B**). This is the second time in which Ms. Locke has abused her power and blocked me from TACS Training. TACS Training is not seniority based; however, Ms. Locke attempts to use such to justify her wrongdoing.

> **711.12 Methods** – Employees may pursue opportunities for personal and professional growth through a diverse array of formal and informal learning experiences. Formal training and development systems, including technical training and career and leadership development programs, ensure that employees and select applicants for employment achieve learning objectives in knowledge, skills and abilities.
>
> Job and other life experiences provide informal learning. These learning opportunities contribute to employees; individual growth and benefit the organization through increased operational performance.
>
> Ms. Mamie Averhart (Time & Attendance Compliance Specialist), stated she only needs

management approval and she can send the training material; therefore, I can't understand why

2

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
**pricedebora@yahoo.com**

Ms. Locke is not being truthful in her statement regarding me taking TACS Training. Tour 2 is in dire need of a backup clerk because a lot of employees are not being paid due to our current Lead Clerk.

Tour 2 needs someone who genuinely cares about our employees' time / payroll. Currently we have someone who finds every excuse to avoid doing the employees' time/payroll (i.e. 1260s, higher level, etc.). Here you have someone such as myself with 11 ½ years of payroll experience who is willing and able to get the job done but has to go through all of this back and forth foolery just to get a chance for upward mobility.

Ms. Lock tried the seniority excuse before and was unsuccessful. It went silent because a lot of seniority people are comfortable where they are and don't want to be bother with TACS; however, Ms. Locke never followed-up. Now that I'm following up on such training, she once again denied me of upward mobility and/or training.

**711.13 Responsibility** – Each employee, his or her supervisor or manager, and the organization share responsibility for employees' training and development.

It's unfortunate that Ms. Lock thinks that she can use her project mentality and attempt to bully the employees and management staff at JT Weeker (ISC) / CIMSC. It's sad to say but in order to have a chance at upward mobility, one must sleep with management, be a relative, circle of friends, part of a sorority / fraternity, lovers / friends and or know key negative information on management for them to allow you upward mobility to avoid them from being exposed. I question the integrity of some management; however, what happened to knowledge, skills and ability to get a job done without quid pro quo.

3

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
pricedebora@yahoo.com

## FRANCES LOCKE

Saturday, June 10, 2023, Frances Lock denied me TACS training after I've been approved by my immediate managers, (Ms. Spaulding, MDO & Glendory Evans, A/MDO) and Learning & Development team (Patricia Powell Lewis, A/Employee Development Manager). Seniority was not a valid factor for TACS Training; therefore, I couldn't understand why Ms. Locke was not being truthful in her decision to once again block me for such training.

### 721.4 Supervisors and Managers

Supervisors and managers are responsible and accountable for:

a. Ensuring that employees under their supervision are trained in a timely manner to perform their assigned job tasks.

b. Identifying employees' needs for improvement in their present jobs.

c. Planning for their employees' training, in coordination with training systems available for their facilities.

d. Following up after employees' complete formal job training to ensure that they use newly acquired knowledge, skills, and abilities optimally and appropriately.

e. Identifying and providing other training to meet the organization's and individual employees' needs.

f. Evaluating and supporting as appropriate employee requests to participate in self-development training opportunities.

g. Providing employees with information and guidance on career growth.

h. Documenting the outcomes and expectations of providing training, including the return on investment.

Ms. Locke has a history of abusing her power and displays such tormenter behavior when she talks to the employees and supervisors / managers. Since Ms. Locke was not being truthful with her reason for denying me TACS Training. I questioned her as to why she had denied me training; however, she refused to answer the following questions (**Exhibit C**).

1) Is this your way to DENY me of upward mobility?

2) Do you have a valid reason as to why you display such hostile attitude towards me?

4

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
pricedebora@yahoo.com

3) Have I done anything to you or you to display such negative energy towards me?

4) Is there a reason as to why you feel the need to attempt to bully me?

Ms. Locke is no role model for management, she provides a ***hostile working environment*** because she talks to her supervisors / management staff as if she is still in the gutter and/ or a thug on the street corner with her garbage mouth while meeting with them in the office. I witness her several times talking on the walkie-talkie and in person threating supervisors of writing them up because she has time to play (meaning that if she writes them up, all it take is four (4) times; therefore, they'll end up losing their jobs). They are afraid to speak up because of her retaliating on them.

> **713.1 Equal Opportunity Policies** – The selection or non-selection of employees to participate in training must not be based on race, color, sex (including pregnancy, sexual orientation, and gender identity, including transgender status), national origin, religion, age (40 or over), genetic information, disability, or retaliation for engaging in EEO-protected activity as provided by law. As part of its program of equal employment opportunity, the Postal Service prohibits discrimination or harassment based on any of these categories.
>
> In additional, the Postal Service prohibits discrimination or harassment based on other non-meritorious facts, such as political affiliation; marital status; status as a parent; and past, present, or future military service.

Ms. Locke even bullies her supervisors and/or management staff. (i.e. Ms. Spaulding, MDO and Glendory Evans A/MDO approved me for training; however, Ms. Locke over ruled them for her own satisfaction). Patricia Powell Lewis, A/Employee Development Manager, assigned the training per the request of my managers (Ellen Spaulding, Glendory Evans, George Chacko and Leny Sou); however, Frances Locke blocked all of the managers' decision to grant me TACS Training (***see Exhibit B***). It is my belief that Ms. Locke is too accustomed with her

5

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
pricedebora@yahoo.com

supervisor and/or management staff; therefore, she shall be moved to another facility so that the staff don't have to feel intimidated, hostile work environment, discriminated, bullied, retaliation, etc.

## DISCRIMINATION

When it comes to employees working in In-Plant Support, human resources and special projects, seniority is not a factor. Ms. Locke and powers that be, hand-picks who they owe favors and / or want to be place in upper mobility positions without taking senority into consideration. Therefore, it's a known fact that seniority is only mention when she tries to block her unfavorable people from upward mobility. Some management tries to discourage employees to resign and/or transfer to another facility in order for them to have hope of having a chance of upward mobility. My question is….Why should one do that when there are a lot of opportunities here at JT Weeker / ISC / CIMSC? It's unfortunate that we have a lot of people that holds management and /or supervisory positions here lacks the knowledge, skills and ability to get the job done; however, due to their affiliation and or inappropriate behavior, they are given the jobs and/or opportunity for upward mobility.

Needless to say, just because one has a generic title, they refuses to listen to the employees because they feel that they are beneath them. Unfortunately, that's not the case with me because my dossier speaks for itself; therefore, no one with a generic title can conclude my self-worth by constantly blocking me from upward mobility and/or training. If I'm given a genuine fair chance for upward mobility, I'm confident that I can get any job done effectively and efficiently.

721.5 **Employees** – Employees are responsible for:

6

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
pricedebora@yahoo.com

a) Making effective use of training opportunities that management provides.
b) Consulting with *their supervisors* and pursing personal career goals to guide their own growth and development.
c) Continuing throughout their careers to learn and improve their knowledge, skills, and abilities while sharing what they have learned with other employees.

## QUINTIN MAYBERRY

I made approximately six (6) attempts to meet with Quintin Mayberry, Plant Manager regarding an Appeal of Ms. Locke's denying me TACS Training as a Backup Clerk. However, he denied meeting with me regarding the following requests:

1) Sunday, June 11, 2023 @ 8:22 a.m. (via email);
2) Monday, June 12, 2023 @ 6:46 am. (via handwritten);
3) Monday, June 12, 2023 @ 10:32 a.m. (via email);
4) Monday, June 12, 2023 @ 10:49 a.m.; (via email) Mr. Mayberry responded…"Good Morning Debora – Once I follow up with Frances, I'll schedule/set up a meeting".
5) Tuesday, June 20, 2023 @7:42 a.m. (via email), I followed-up; however, my email was ignored.
6) Friday, June 30, 2023 @ 8:45 a.m. (via email), I once again followed-up; however, all over again, my email was ignored.

Monday, June 12, 2023, Mr. Mayberry led me to believe that he was going to meet with Me (**Exhibit D**); however, it's a month later (July 11, 2023) and he still refuses to meet with me regarding the training emails.

## ABUSE OF POWER HISTORY

It is my belief that Ms. Locke displays abused her power because she has shown a history of blocking me from training although my immediate MDO and /or A/MDO have already approved me of such trainings. In addition, November 22, 2022, I emailed Mamie Averhart,

7

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
pricedebora@yahoo.com

inquiring about what qualifications needed for me to sign up for TACS Training. Ms. Averhart responded…Why I was trying to get TACS access along with a brief comment. She stated…"

*that she would need approval from my Manager and she'll send me the training material.*"

Although the email was directed to me, November 22, 2022, Ms. Locke replied, "*She will meet with leadership to see why Ms. Price is requesting and follow up accordingly.*" November 24, 2022, I responded…."I asked a GENERAL question because depending on the qualifications needed, TACS and/or similar opportunities were something that I was interested in doing in the future. Being a bid clerk and/or detail assignment have nothing to do with the GENERAL question that I asked. I'm just looking for other opportunities within the postal service and/or other government agencies. Leadership has nothing to do with the GENERAL question I asked; therefore, they will not be able to answer that question on by behalf."

Once again, on Saturday, June 10, 2023, Frances Lock denied me TACS training after I've been approved by my immediate managers, (Ms. Spaulding, MDO & Glendory Evans, A/MDO) and Learning & Development team (Patricia Powell Lewis, A/Employee Development Manager).

## CONCLUSION

Frances Locke is not my immediate manager; therefore, it is my belief that she has no right to refuse me training and/or upward mobility due to her abuse of power and / or own satisfaction. I'm requesting that Washington shall do a thorough and complete investigation, because it is my belief that Ms. Locks shall be reprimanded for violating the USPS Polices by

8

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
pricedebora@yahoo.com

way of denying me upper mobility, despaired treatment, retaliation, color, discrimination, abuse

of power and hostile work environment.

In addition, I would like to be granted TACS Training as a back-up clerk via email that

was approved by my immediate MDO (Ellen Spaulding), A/MDO (Glendory Evans), approving

managers (George Chacko and Leny Sou) and A/Employee Development Manager, Patricia

Powell Lewis.

Warmly,

Debora Price

9

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
**pricedebora@yahoo.com**

September 14, 2023

NEEOISO – Formal Complaints
U.S. POSTAL SERVICE
P. O. Box 21979
Tampa, Florida 33622-1979

RE:    Debora Price, Clerk, 02813849, Level 6
JT Weeker (ISC) CIMSC
11600 W. Irving Park Road
Chicago, Illinois 60666-9998

Case Number:  1F-341-0359-23

September 9, 2023, I Debora Price received Notice of Right to File Individual Compliant

from Phyllis E. Stanley via USPS Priority Mail Tracking #9410 8301 0935 5000 1304 00

(*Exhibit A*).

Friday, August 25, 2023, a Redress was scheduled (*Exhibit B*) with the following:

1) Debora Price, Counselee

2) Frances Lock, Manager of In-Plant Support

3) Quintin Mayberry, Plant Manager

4) Mary Ellen LaCien, Mediator

5) Phyllis Stanley, Observer / EEO ADR Specialist)

A No Agreement Letter was issued between Debora Price (Clerk), Frances Locke (In Plant

Support Manager) and Quintin Mayberry (Plant Manager), (*Exhibit C*).

1

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
pricedebora@yahoo.com

Therefore, I would like to file a Formal EEOC Complaint against the following alleged responsible management officials for denying me upper mobility, disparate treatment, retaliation, color discrimination and abuse of authority.

**Frances M. Locke**
**Manager of In-Plant Support**
**JT Weeker – ISC**
frances.m.locke@usps.gov
**(224) 275-1613**

**Quintin Mayberry**
**Plant Manager**
**JT Weeker – ISC**
quintin.l.mayberry@usps.gov
**(630) 659 – 8161**

## STATEMENT OF FACTS

Thursday, May 18, 2023, Kelly D. Wells (Administrative Assistant, Office of Illinois 1 District Manager) sent out an email regarding TACS ZOOM Training. Monday, May 22, 2022, I informed my LEAD MDO, Ellen Spaulding and A/MDO Carlos Harris (*Retired as of June 30, 2023*) that I was interested in taking such training (*Exhibit D*). Since his retirement, I informed A/MDO Glendory Evans that I let Ms. Spaulding know that I was interested in such training. Ms. Spaulding attempted to register me for the class; however, she was not able to do so because she was not my HEROS approving manager. Therefore, I sent such trailing email request to George Chakco, (Operations Support Specialist) and Leny Sou, (Senior Operations Support Specialist), (Approving Managers). The same day Ms. Sou tried to register me; however, she was unsuccessful (*Exhibit E*).

2

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
**pricedebora@yahoo.com**

Monday, June 5, 2023, I sent Mr. Chakco another email requesting him to register me since Ms. Sou couldn't do so (***Exhibit F***). Friday, June 9, 2023, Mr. Chakco, sent a follow-up email to Mrs. Powell-Lewis (A/Employee Development Manager IL1 District) and **she signed me up for the TACS WBT training** (***Exhibit G***). After I were to complete the Time & Attendance Collection System (TACS) WBT 4 Hour training course in HEROS, Mr. Chacko asked Mrs. Powell-Lewis if she knew how or where (web address) I can sign up for 8 hours class (***Exhibit H***). Saturday, June 10, 2023, Ms. Locke sent an email denying me access to TACS training due to false allegations pertaining to an alleged seniority list for backup clerk (***Exhibit I***).

Sunday, June 11, 2023, I emailed Ms. Locke informing her that I would like to appeal her decision of denying me upward mobility. Shortly after, I email Mr. Mayberry to inform him that I would like to appeal Ms. Locke's decision to deny me an opportunity as Back-up Clerk for TACS; therefore, I am requesting that she grant me training just as my other three managers (Ms. Spaulding, Ms. Sou and Mr. Chacko), (***Exhibit J***). Monday, June 12, 2023, I followed up with Mr. Mayberry regarding the trailing emails. He stated that he would follow-up with Ms. Locke, and he'll schedule/set up a meeting (***Exhibit K***). Tuesday, June 20, 2023 (***Exhibit L***), I once again followed-up with Mr. Mayberry; however, my email was once again ignored. All over again, Friday, June 30, 2023, I sent another email to Mr. Mayberry (***Exhibit M***), and it too was ignored; therefore, the meeting never was scheduled.

Tour 2 needs someone with integrity and who genuinely cares about our employees' time / payroll. Currently we have someone who finds every excuse to avoid doing the employees'

3

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
**pricedebora@yahoo.com**

time/payroll (i.e. 1260s, higher level, etc.). Here you have someone such as me with 11 ½ years of payroll experience with Chicago Public Schools who is willing and able to get the job done but has to go through all of this back-and-forth foolery just to get a chance for upward mobility. I have a Master of Human Resource Management which Ms. Locke and a few other managers have stated on several occasions that a degree doesn't mean anything at the Post Office. Unfortunately, I begin to believe that the statement is true because as I witness a lot of managers barely have a high school diploma and they are the ones who are giving high paying jobs and look-down on those who have degrees.

According to Phyllis Stanley, (EEO ADR Specialist and Observer), she stated that *"an inquiry was conducted with Frances Locke, Manager, In-Plant Support, who responded that my request for training on the data-sensitive TACS timekeeping system was denied because you are not a lead clerk or a backup to a lead clerk and do not use the system in the course of your duties. Ms. Locke stated that if you were selected as a backup clerk, management has agreed with the union's request to make the selection based on seniority."*

This statement is far beyond the truth because according to Ms. Locke's previous comment in the trailing emails (*see Exhibit I*), Ms. Locke claimed that seniority played a factor; however, being a back-up clerk has nothing to do with seniority. The email that came from Ms. Averhart, specifically stated as follows... (*see Exhibit D*):

Titles of the positions that can be approved access as a backup:

- 2320-0001 Sales and Services Associate

- 2320-0003 Sales, Services/Distribution Associate

4

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
pricedebora@yahoo.com

- o 2320-0007 Delivery/Sales & Distribution Associate

- o **2315-0063 Level 6 Mail Processing Clerk**

- o 2315-06XX Level 6 Parcel Post Dist-Machine

In addition, this is not a training that the union has authority over, they were not at the Redress nor can they provide anything in writing stating as such. During my first inquiry, Ms. Averhart (Time & Attendance compliance Specialist), stated that..."*all she needed was managements approval and she can send me the training materials*". After I got approval from Ms. Spaulding, (Lead MDO), Ms. Evans, (A/MDO), Mr. Chacko and Ms. Sou (both, Operations Support Specialist). Mrs. Powell-Lewis (A/Employee Development Manager IL1 District) **had signed me up for the TACS WBT training (*see Exhibit G*)**.

Currently, I'm a backup general clerk for the tour office and have been for several years and seniority did not play a factor. As a backup general clerk, reviewing sensitive information is part of the job duties on a daily basis; therefore, Ms. Locke's statement ...... "*data sensitive TACS timekeeping system was denied because I am not a lead clerk or backup clerk*" confirms that Ms. Locke is not being truthful and denying me upper mobility, disparate treatment, retaliation, color discrimination and abuse of authority.

### 721.4 Supervisors and Managers

Supervisors and managers are responsible and accountable for:
a. Ensuring that employees under their supervision are trained in a timely manner to perform their assigned job tasks.
b. Identifying employees' needs for improvement in their present jobs.
c. Planning for their employees' training, in coordination with training systems available for their facilities.

5

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
**pricedebora@yahoo.com**

d. Following up after employees' complete formal job training to ensure that they use newly acquired knowledge, skills, and abilities optimally and appropriately.

e. Identifying and providing other training to meet the organization's and individual employees' needs.

f. Evaluating and supporting as appropriate employee requests to participate in self-development training opportunities.

g. Providing employees with information and guidance on career growth.

h. Documenting the outcomes and expectations of providing training, including the return on investment.

While speaking of data sensitive information, we have employees who ID Badges has access to BOTH sides of the building and Administrators entrance when they are not administrators. Several people who no longer working in certain positions are still included on sensitive email trends, payroll information, etc. Certain administrators changing employee time from Late / Unscheduled to On Time / Scheduled, AWOL to LWOP, etc. We have managers and/or staff on AUTOMATIC CLOCK RINGS; either take vacation and / or do not report to work; however, still gets paid without submitting a Leave Form (3971) which confirms Ghost Payroll.

It is my belief that this is why Ms. Locke does not want someone with integrity such as myself to do TACS because she spends a lot of time out of the building and does not submit her 3971's for proper leave; however, she still gets paid for not being at work and/or on paid vacation without submitting her leave form.

**665.44 Falsification in Recording Time**

Recording the time for another employee constitutes falsification of a report. Any employee knowingly involved in such a procedure is subject to removal or other discipline. Failure of a supervisor to report known late arrivals is regarded as condoning falsification. These practices may also result in criminal prosecution.

6

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
pricedebora@yahoo.com

I question the integrity of Ms. Locke such as being absent from February 27, 2023, through March 7, 2023, and May 8, 2023, through May 17, 2023, of Ghost Payroll. I'm sure there are other days; however, January 1, 2022, to current shall be investigated. Also, it is my belief that Ms. Locke influences the manager to alter her daughter's Clarissa Coleman's (EIN # 03597719) time, one who barely comes to work and when she does, she's late and/or absent on a consistent basis without any disciplinary actions unlike other employees.

The United States Postal Service states that they hold INTEGRITY to the highest standards; however, some managers take advantage of the automatic clock ring system. It is my belief that a full and complete investigation shall be done on Ms. Locke's payroll (i.e. door rings, "*Employee Everything Report*" vs time spent out of the office without reporting the proper leave by way of 3971).

Ms. Locke tried the seniority excuse before and was unsuccessful. It went silent because a lot of seniority people are comfortable where they are and don't want to be bother with TACS; however, Ms. Locke never followed-up. It is my belief that she is being deceitful and blocking me from any and every opportunity in which I pursue.

### 666.14 Improper Employment and Placement Practices

Deceitfully or willfully obstructing or improving the prospects of any person competing for a position by granting a preference or advantage not authorized by law, rule, or regulation (including defining the scope or manner of competition or the requirements for a position), or by influencing anyone to withdraw from competition for a position, is prohibited.

Now that I'm following up on such training, she once again denied me of upward mobility and/or training.

7

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
pricedebora@yahoo.com

**711.13 Responsibility** – Each employee, his or her supervisor or manager, and the organization share responsibility for employees' training and development.

Ms. Locke is **not** my supervisor; therefore, it's unfortunate that Ms. Lock thinks that she

can attempt to bully the employees and management staff at JT Weeker (ISC) / CIMSC. It's sad

to say but in order to have a chance at upward mobility, one must sleep with management, be a

relative, circle of friends, part of a sorority / fraternity, lovers / friends and or know key negative

information on management for them to allow you upward mobility to avoid them from being

exposed. I question the integrity of some management; however, what happened to knowledge,

skills and ability to get a job done without quid pro quo.

Ms. Locke have several people that she hand-picked to work in In Plant Support, Human

Resources upstairs, ID Office, Special assignments with tailored hours to appease the employees.

People brought from outside of the facility with jobs in Leave Control and In-Plant; therefore,

the union is only being stated as she tries to justify her cover-up for denying me upper mobility,

disparate treatment, retaliation, color discrimination and abuse of authority.

After going through all the back-and-forwards of finally being assigned to the TACS

Training, Saturday, June 10, 2023, Ms. Locke felt the need to block me from doing the TACS

Training. This is the second time in which Ms. Locke has abused her power and blocked me

from TACS Training. TACS Training is not seniority based; however, Ms. Locke attempts to

use such to justify her wrongdoing.

**666.14 Improper Employment and Placement Practices**

Deceitfully or willfully obstructing or improving the prospects of any person competing for a position by granting a preference or advantage not authorized by law, rule, or regulation (including defining the scope or manner of competition or the requirements for

8

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
pricedebora@yahoo.com

a position), or by influencing anyone to withdraw from competition for a position, is prohibited.

Ms. Mamie Averhart (Time & Attendance Compliance Specialist), *stated she only needs management approval and she can send the training material*; therefore, I can't understand why Ms. Locke is not being truthful in her statement regarding me taking TACS Training. Tour 2 is in dire need of a backup clerk because a lot of employees are not being paid correctly due to our current Lead Clerk.

## FRANCES LOCKE

Ms. Locke is not my immediate supervisor or MDO; therefore, it is my belief that she has no right to deny me training of any kind, she is the Manager of In-Plant Support. Ellen Spaulding is the Senior Manager of Distribution Operations. According to Employee and Labor Relations Manual (ELM):

**713.1 Equal Opportunity Policies** – The selection or non-selection of employees to participate in training must not be based on race, color, sex (including pregnancy, sexual orientation, and gender identity, including transgender status), national origin, religion, age (40 or over), genetic information, disability, or retaliation for engaging in EEO-protected activity as provided by law. As part of its program of equal employment opportunity, the Postal Service prohibits discrimination or harassment based on any of these categories.

In additional, the Postal Service prohibits discrimination or harassment based on other non-meritorious facts, such as political affiliation; marital status; status as a parent; and past, present, or future military service.

**711.12 Methods**

Employees may pursue opportunities for personal and professional growth through a diverse array of formal and informal learning experiences. Formal training and development systems, including technical training and career and leadership development

9

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
**pricedebora@yahoo.com**

programs, ensure that employees and select applicants for employment achieve learning objectives in knowledge, skills and abilities.

Job and other life experiences provide informal learning. These learning opportunities contribute to employees; individual growth and benefit the organization through increased operational performance.

**711.2 Purpose and Goals**

The following's purpose and goals include:

a. The training and development function:

1. Designs, coordinates, organizes, and facilitates learning and development solutions and events.
2. Supports the workforce acquiring knowledge, skills, and abilities required for effective job performance.
3. Provides employees with career growth opportunities consistent with Postal Service goals, objectives, and strategies.

b. Training and employee development programs:

1. Align to corporate goals and business strategies to maximize organizational resources and offer timely, economical, and effective learning solutions throughout the organization.
2. Support the organization's present and future workforce needs.
3. Respond to the workforce's training and development needs.

## ABUSE OF AUTHORITY

Ms. Locke has a history of abusing her authority and displays such tormenter behavior when she talks to the employees and supervisors / managers. Since Ms. Locke was not being truthful with her reason for denying me TACS Training. I questioned her as to why she had denied me training; however, she refused to answer the following questions.

1) Is this your way to DENY me of upward mobility?

2) Do you have a valid reason as to why you display such hostile attitude towards me?

3) Have I done anything to you or you to display such negative energy towards me?

10

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
**pricedebora@yahoo.com**

4) Is there a reason as to why you feel the need to attempt to bully me?

Ms. Locke is no role model for management, she provides a ***hostile working environment*** because she talks to her supervisors / management staff in such disrespectful manner. I witness her several times talking on the walkie-talkie and in person threating supervisors of writing them up because she has time to play (meaning that if she writes them up, all it take is four (4) times; therefore, they'll end up losing their jobs). They are afraid to speak up because of her verbal threats to them.

Ms. Locke even bullies her supervisors and/or management staff. (i.e. Ms. Spaulding, MDO and Glendory Evans A/MDO approved me for training; however, Ms. Locke over ruled them for her own satisfaction). Patricia Powell Lewis, A/Employee Development Manager, assigned the training per the request of my managers (Ellen Spaulding, Glendory Evans, George Chacko and Leny Sou); however, Frances Locke blocked all of the managers' decision to grant me TACS Training. It is my belief that Ms. Locke is too accustomed with her supervisor and/or management staff; therefore, she shall be moved to another facility so that the staff don't have to feel intimidated, hostile work environment, discriminated, bullied, retaliation, etc.

It is my belief that Ms. Locke displays abused of authority because she has shown a history of blocking me from training although my immediate MDO (Ellen Spaulding), A/MDO (Glendory Evans), Lead Operations Support Specialist (Leny Sou), Operation Support (George Chacko), A/Learning and Development Manager (Patrice Powell-Lewis) and Time & Attendance Compliance Specialist (Mamie Averhart), (ALL) have approved me for such training and Ms. Locke still blocked me from training and/or upward mobility.

11

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
pricedebora@yahoo.com

Once again, on Saturday, June 10, 2023, Frances Lock denied me TACS training after I've been approved by my immediate managers, (Ms. Spaulding, MDO & Glendory Evans, A/MDO) and Learning & Development team (Patricia Powell-Lewis, A/Employee Development Manager).

(*History of discrimination*) – November 22, 2022, I emailed Mamie Averhart, inquiring about what qualifications needed for me to sign up for TACS Training. Ms. Averhart responded…Why I was trying to get TACS access along with a brief comment. She stated…" that *she would need approval from my Manager and she'll send me the training material*."

Although the email was directed to me, November 22, 2022, Ms. Locke replied, "*She will meet with leadership to see why Ms. Price is requesting and follow up accordingly*." November 24, 2022, I responded…."I asked a GENERAL question because depending on the qualifications needed, TACS and/or similar opportunities were something that I was interested in doing in the future. Being a bid clerk and/or detail assignment have nothing to do with the GENERAL question that I asked. I'm just looking for other opportunities within the postal service and/or other government agencies. Leadership has nothing to do with the GENERAL question I asked; therefore, they will not be able to answer that question on by behalf."

## DISPARATE TREATMENT

When it comes to employees working in In-Plant Support, human resources and special projects, seniority is not a factor. Ms. Locke and powers that be, hand-picks who they owe favors and / or want to be place in upper mobility positions without taking seniority into consideration. Therefore, it's a known fact that seniority is only mention when she tries to block

12

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
pricedebora@yahoo.com

her unfavorable people from upward mobility. Some management tries to discourage employees to resign and/or transfer to another facility in order for them to have hope of having a chance of upward mobility. My question is....Why should one do that when there are a lot of opportunities here at JT Weeker / ISC / CIMSC? It's unfortunate that we have a lot of people that holds management and /or supervisory positions here lacks the knowledge, skills and ability to get the job done; however, due to their affiliation and or inappropriate behavior, they are given the jobs and/or opportunity for upward mobility.

Needless to say, just because one has a generic title, they refuses to listen to the employees because they feel that they are beneath them. Unfortunately, that's not the case with me because my dossier speaks for itself; therefore, no one with a generic title can conclude my self-worth by constantly blocking me from upward mobility and/or training. If I'm given a genuine fair chance for upward mobility, I'm confident that I can get any job done effectively and efficiently.

**721.5 Employees** – Employees are responsible for:
a) Making effective use of training opportunities that management provides.
b) Consulting with *their supervisors* and pursing personal career goals to guide their own growth and development.
c) Continuing throughout their careers to learn and improve their knowledge, skills, and abilities while sharing what they have learned with other employees.

## COLOR DISCRIMINATION

One of my other beliefs are that Ms. Locke discriminates towards me and other light skin employees and managers because she has complex issues with herself; therefore, she treats me and other light skin employees / supervisors different than those dark skin employees /

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
pricedebora@yahoo.com

supervisor versus the dark skin who she personally appoints them to certain details and/or positions.

## QUINTIN MAYBERRY

I made approximately six (6) attempts to meet with Quintin Mayberry, Plant Manager regarding an Appeal of Ms. Locke's denying me TACS Training as a Backup Clerk. However, he denied meeting with me regarding the following requests:

1) Sunday, June 11, 2023 @ 8:22 a.m. (via email);
2) Monday, June 12, 2023 @ 6:46 am. (via handwritten);
3) Monday, June 12, 2023 @ 10:32 a.m. (via email);
4) Monday, June 12, 2023 @ 10:49 a.m.; (via email) Mr. Mayberry responded..."Good Morning Debora – Once I follow up with Frances, I'll schedule/set up a meeting".
5) Tuesday, June 20, 2023 @7:42 a.m. (via email), I followed-up; however, my email was ignored.
6) Friday, June 30, 2023 @ 8:45 a.m. (via email), I once again followed-up; however, all over again, my email was ignored.

Monday, June 12, 2023, Mr. Mayberry led me to believe that he was going to meet with me *(see Exhibit K)*; however, it's a month later (July 11, 2023) and he still refuses to meet with me regarding the training emails.

Ms. Stanley stated .... *"An inquiry was conducted with Quintin Mayberry, Plant Manager, who responded that his lack of response to my request for a meeting was simply an oversight."*

It is my belief that it is humanly impossible that my request was simply an oversight especially after I made at least six (6) attempts to meet with Mr. Mayberry. If such was true,

14

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
pricedebora@yahoo.com

why wasn't such rectified during the Redress which led to a "No Agreement Statement" (*see*

*Exhibit C*) which confirms that he is not being truthful with his statement. He is the Plant

Manager, **not** Frances Locke; therefore, even if it was simply an oversight, during the Redress he

could have said that and granted me TACS timekeeping training as I was already approved to

take by my LEAD MDO, (Ellen Spaulding), A/MDO (Glendory Evans), My approving

managers...Operations Support Specialist (George Chakco), Senior Operations Support Specialist

(Leny Sou), A/Employee Development Manager IL1 District (Mrs. Powell-Lewis), and Time &

Attendance Compliance Specialist (Mamie Averhart), (ALL) have approved me for such training

and Ms. Locke still blocked me from training and/or upward mobility *(see Exhibit I)*. It is my

belief that Ms. Locke has threatened Mr. Mayberry of things that she knows on him, that's

probably the reason he never met with me regarding such training.

Ms. Stanley stated .... *"An inquiry was conducted with Quintin Mayberry, Plant*

*Manager, who responded that his lack of response to my request for a meeting was simply an*

*oversight."*

It is my belief that it is humanly impossible that my request was simply an oversight

especially after I made at least six (6) attempts to meet with Mr. Mayberry. If such was true why

wasn't such rectified during the Redress which lead to a "No Agreement Statement" (*see Exhibit*

*C*) which confirms that he is not being truthful with his statement. He is the Plant Manager, **not**

Frances Locke; therefore, even if it was simply an oversight, during the Redress he could have

said that and granted me TACS timekeeping training as I was already approved to take by my

LEAD MDO, (Ellen Spaulding), A/MDO (Glendory Evans), My approving managers..........

15

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
pricedebora@yahoo.com

Operations Support Specialist (George Chakco), Senior Operations Support Specialist (Leny Sou), A/Employee Development Manager IL1 District (Mrs. Powell-Lewis), and (ALL) have approved me for such training and Ms. Locke still blocked me from training and/or upward mobility *(see Exhibit I)*. It is my belief that Ms. Locke has threatened Mr. Mayberry of thing that she knows on him, that's probably the reason he never met with me regarding such training.

## EMAIL WITNESSES FOR TRAINING REQUEST APPROVAL

Mamie Averhart
Time & Attendance Compliance Specialist
Central Area – IL1 and IL2 Districts
mamie.e.averhart@usps.gov
(630) 921 – 9662

Patricia Powell Lewis
A/Employee Development Manager
IL1 District
patricia.a.powell-lewis@usps.gov
(312) 983 – 8661

Ellen Spaulding
Senior Manager of Distribution Operations
JT Weeker – ISC
ellen.spaulding@usps.gov
(312) 675 – 1989

George Chacko
Operation Support Specialist
JT Weeker – ISC
george.chacko@usps.gov
(847) 370 – 8542

Leny Sou
Senior Operation Support Specialist
JT Weeker – ISC
leny.d.sou@usps.gov
(630) 998 – 0356

Quintin Mayberry
Plant Manager
JT Weeker – ISC
quintin.l.mayberry@usps.gov
(630) 659 – 8161

Glendory Evans
Acting Manager of Distribution Operations
JT Weeker – ISC
glendory.evans@usps.gov
(708) 654 – 3273

Frances M. Locke
Manager of In-Plant Support
JT Weeker – ISC
frances.m.locke@usps.gov
(224) 275 – 1613

16

Debora Price
P.O. Box 6036
Chicago, Illinois 60680-6036
(773) 491-3700
pricedebora@yahoo.com

## CONCLUSION

Frances Locke is not my immediate manager; therefore, it is my belief that she has no right to refuse me training and/or upward mobility due to her abuse of authority and / or own satisfaction. I'm requesting that Washington and / or powers that be shall do a thorough and complete investigation, because it is my belief that Ms. Locke shall be reprimanded for violating the USPS Polices by way of ghost payroll, denying me upper mobility, disparate treatment, retaliation, color, discrimination, abuse of power and hostile work environment.

Quintin Mayberry is the Plant Manager; therefore, he has the authority to overrule Ms. Locke and grant me TACS Training as back-up clerk which was approved by my immediate MDO (Ellen Spaulding), A/MDO (Glendory Evans), approving managers (George Chacko and Leny Sou), A/Employee Development Manager, (Patricia Powell Lewis) and Time & Attendance Compliance Specialist (Mamie Averhart).

Ms. Locke and Mr. Mayberry constant actions has caused me a lot of stress, headaches and pains; therefore, I am requesting the maximum amount of punitive and compensatory damages.

Warmly,

Debora Price

17

 **UNITED STATES POSTAL SERVICE** ®

# EEO Complaint of Discrimination in the Postal Service
*(See Instructions and Privacy Act Statement on back of form.)*

| 1. Name | 2. SSN or EIN if Applicant | 3. Case Number |
|---|---|---|
| Debora Price | 02813849 | 1F-341-0359-23 |

| 4a. Mailing Address (Street or PO Box™) | 4b. City, State, and Zip + 4® |
|---|---|
| P.O. Box 6036 | Chicago, Illinois 60680-6036 |

| 5. Email Address | 6. Home Telephone Number | 7. Work Telephone Number |
|---|---|---|
| Pricedebora @ yahoo.com | (773) 491-3700 | (773) 894-9100 |

| 8. Position Title (USPS Employees Only) | 9. Grade Level (USPS Employees Only) | 10. Do You Have Veteran's Preference Eligibility |
|---|---|---|
| Clerk | 6 | ☐ Yes ☒ No |

| 11. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and Zip+4) | 12. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory |
|---|---|
| J Tweeker / CJMSC / ISC 11600 W. Irving Park Chicago, Illinois 60688 | Quintin Mayberry - Plant Manager Frances Locke - Manager of In-Plant |

| 13a. Name of Your Designated Representative | 13b. Representative Title |
|---|---|
| Debora Price - Self | Clerk |

| 13c. Mailing Address (Street or PO Box) | 13d. City, State, and ZIP + 4 |
|---|---|
| P.O. Box 6034 | Chicago, Illinois 60680-603 |

| 13e. Representative Email Address * | 13f. Home Telephone Number | 13g. Work Telephone Number |
|---|---|---|
| Pricedebora @ yahoo.com | (773) 491-3700 | (773) 894-9100 |

*\* Providing this information will authorize the Postal Service™ to send important documents electronically.*

**14. Type of Discrimination You Are Alleging (Select all that apply.)**

- ☐ Race (Specify):
- ☒ Color (Specify): Dark Skin vs light skin
- ☐ Religion (Specify):
- ☐ National Origin (Specify):
- ☐ Sex (Specify Male, Female):
- ☐ Sex (LGBT):
- ☐ Age (40+) (Specify Date of Birth):
- ☒ Retaliation (Specify Protected EEO Activity):
- ☐ Disability (Specify):
- ☐ Genetic Information (Specify):

**15. Date on Which Alleged Act(s) of Discrimination Took Place**

See the enclose formal complaint

16. Explain the specific action(s) or situation(s) that resulted in you alleging that you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, genetic information, disability, or retaliation for participation in a protected EEO activity. Note that if your allegation is similar or related to a previous complaint, that complaint may be amended. 29 C.F.R. § 1616.106(d). Please use additional pages if necessary.

Please read the enclosed formal complaint.

17. What remedy are you seeking to resolve this complaint?

Please read the enclosed formal complaint

18. Did You Discuss Your Complaint with an *EEO Alternative Dispute Resolution (ADR) Specialist* or a *REDRESS Mediator?*

☒ Yes, Date you received the Notice of Final Interview: 9-9-2023
☐ No

| 19a. Signature of EEO ADR Specialist | 19b. Date Signed |
|---|---|
| Phyllis E Stanley | 9/1/2023 |

USPS Tracking No.: 9410830109355000130400

| 20. Signature of Complainant or Complainant's Attorney | 21. Date Signed |
|---|---|
| Debora A | 9-9-2022 |

 **UNITED STATES POSTAL SERVICE** ®

*Exhibit A*

# Notice of Right to File Individual Complaint

| TO: Name (First, MI, Last) | Case Number |
|---|---|
| **Debora Price** | **1F-341-0359-23** |

This notice will attest to the fact that on 9/1/2023, I advised you of the actions taken concerning the alleged discrimination that you brought to my attention. If the matters that you raised during the pre-complaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date you receive this notice. If you decide to file a formal complaint, your complaint must be put in writing and signed by you or your attorney, if you retained one to represent you. I am providing you with PS Form 2565, *EEO Complaint of Discrimination in the Postal Service*, for this purpose. Your complaint must be mailed or delivered to:

> NEEOISO – Formal Complaints
> U.S. POSTAL SERVICE
> P.O. BOX 21979
> TAMPA, FL 33622-1979

Your complaint will be deemed timely filed if it is received at this address before the expiration of the 15-day filing period, or if it bears a postmark that is dated before the expiration of the filing period. In the absence of a legible postmark, it must be received by mail within 5 calendar days of the expiration of the filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex (male, female), sex (LGBT), national origin, age (40+), disability, genetic information, or retaliation for participation in protected EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) **Your name, address, position, and level;**

  * If you change your address, you have a regulatory requirement to immediately report the change to the address below: NEEOISO-EEO Contact Center, U.S. Postal Service, P.O. Box 21979, Tampa, FL 33622-1979

(2) **The specific action or matter complained of,** the date of occurrence, and the names of the official(s) who took the alleged discriminatory action at issue in this complaint;

(3) **The specific type of discrimination alleged,** (e.g., race - African American, sex - female);

  * If you allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) **A brief statement of the facts** that led you to believe you were discriminated against and the names of similarly situated individuals whom you believe were treated differently than you.

  * If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.

  * If you allege retaliation, you must show a connection between the action about which you are complaining and your participation in protected EEO activity. You also must show when the alleged discriminatory action at issue in this complaint occurred, the management official who took the action was aware that you had previously engaged in protected EEO activity.

(5) **The name of the EEO Alternative Dispute Resolution Specialist** who provided you with this notice and the date you received this Notice of Right to File.

### Privacy Act Statement and Rehabilitation Act Notice

**Privacy Act Statement:** Your information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. Collection is authorized by 39 U.S.C. 401, 409, 410, 1001, 1005, and 1206. Providing the information is voluntary, but if not provided, we may not be able to process your request. We may disclose your information as follows: in relevant legal proceedings; to law enforcement when the U.S. Postal Service® (USPS®) or requesting agency becomes aware of a violation of law; to a congressional office at your request; to entities or individuals under contract with USPS; to entities authorized to perform audits; to labor organizations as required by law; to federal, state, local or foreign government agencies regarding personnel matters; to the Equal Employment Opportunity Commission; and to the Merit Systems Protection Board or Office of Special Counsel. For more information regarding our privacy policies, visit www.usps.com/privacypolicy.

**Rehabilitation Act Notice:** Under the Rehabilitation Act, medical information is confidential and may only be requested or disclosed in very limited circumstances. Medical documentation about the complainant's and possible comparison employees' medical conditions and work restrictions may be requested in connection with the investigation of an EEO complaint. Information about medical restrictions (but not medical conditions) obtained in the course of an EEO investigation may be disclosed to supervisors and managers who need to know about restrictions on the work or duties of the employee and about necessary accommodations. Supervisors and managers are not permitted to share such information with peers or subordinates or to discuss the information with those who have no need to know and whose requests for the information are not job-related and consistent with business necessity.

| Signature of EEO Alternative Dispute Resolution Specialist | Date Issued | Your Signature | Date Received |
|---|---|---|---|
| *Phyllis Stanley*<br>Phyllis E Stanley | **9/1/2023** | | |

*Alternative Dispute Resolution Specialist: If you are mailing this notice, you must send it by Priority Mail®, Signature Confirmation™ Delivery.*

PS Form **2579-A**, October 2015      USPS Tracking Number: 9410830109355000130400

 **UNITED STATES**
**POSTAL SERVICE**

Exhibit B

## AGREEMENT TO MEDIATE

Case Name: Debora Price

Case No. <u>1F-341-0359-23</u>

1. The parties agree to try to resolve this case through mediation. The parties understand settlement during mediation is entirely voluntary.

2. The parties understand that the mediator has no power to decide who wins or loses this case and will not express an opinion on who is right or wrong. Rather, the mediator is going to try to help the parties reach their own resolution of this case by facilitating the discussion.

3. The parties understand that the mediator is not going to act as an advocate or attorney for any participant and each party has the right to have a representative during mediation.

4. The parties understand that the purpose of mediation is to explore whether the parties can reach a resolution, not to gather information for a hearing or trial. The parties agree not to subpoena the mediator or any observer to testify about what was said in mediation.

5. The mediator and all observers agree not to voluntarily testify on behalf of any party and will not report anything said during this mediation UNLESS one of the participants makes a genuine threat of physical harm, reports criminal activity occurring on postal property, reports fraud or abuse of postal property or suspected child or elder abuse.

6. The mediation session will not be recorded by anyone (either video or audio) and no transcript of the session will be produced.

7. The parties understand that any documents prepared for or during mediation (such as case summaries presented to the mediator or notes taken during mediation) are for settlement purposes only and may not be subpoenaed for, or used in, a hearing or trial. Documents that existed before mediation, such as PS Forms 3971 or Official Personnel Files, are NOT shielded from later use or disclosure just because they were discussed or used at mediation.

8. The parties understand that no participant will be bound by anything said or done in mediation unless and until there is a written settlement agreement.

_Debora Price - 8/25/2023_
Debora Price, Counselee (Print, Sign, and Date)

TBD, Counselee Representative (Print, Sign, and Date)

_Frances Locke, Frans M. Locke 8/25/23_
Frances Locke, Management Official (Print, Sign, and Date)

_8/25/23_
, Management Official (Print, Sign, and Date)

_8/25/23_
, Management Official Representative (Print, Sign, and Date)

_8.25.2023_
Mary Ellen LaClen, Mediator (Print, Sign, and Date)

_8/25/2023_
Observer

*Exhibit C*



REDRESS


**UNITED STATES**
**POSTAL SERVICE**

## NO AGREEMENT LETTER

| | |
|---|---|
| **Date:** | Friday, August 25, 2023 |
| **Counselee/Complainant:** | Debora Price |
| **EEO Case No.:** | 1F-341-0359-23 |
| **District:** | Westshore |

Quinton Mayberry Nej

Debora Price and Frances Locke, appeared for their scheduled mediation on Friday, August 25, 2023.

We appreciate their participation; unfortunately, they were unable to resolve their dispute through this process.

*Mary Ellen LaClen*    8-23-23

Mary Ellen LaClen, mediator (sign and date)

*Exhibit D*

**From:** Averhart, Mamie E - Bedford Park, IL <mamie.e.averhart@usps.gov>
**Sent:** Thursday, May 18, 2023 10:26 AM
**To:** Wells, Kelly D <Kelly.D.Wells@usps.gov>
**Cc:** Averhart, Mamie E - Bedford Park, IL <mamie.e.averhart@usps.gov>
**Subject:** FW: Pre-Notice / June 2023 TACS Zoom Training for TIME CLOCK offices will be available for registration 5/18 via HERO - please disseminate
**Importance:** High

Registration for June classes will be available today between 11:30AM – 12:00PM. Please note, registration is nationwide. Classes fill up fast.

The Supervisor or Manager must register non-exempt employees.
Please be aware of the time zone when you are registering for a class.

Once classes are available in HERO for registration, another email will be sent out.

# TACS Supervisor Training Course 31267-01 for <u>Time Clock</u> Offices:

## Who should take this course:

- Mandatory for anyone eligible for and requesting TACS access Supervisor Field or Lead Clerk – **Clock Office**
- Supervisors/Managers responsible for managing employees time in a Timeclock/HEBR Office (**This class is NOT applicable for Timecard Offices**)
- Lead Clerks and Back Ups assigned to a Timeclock/HEBR Office (**This class is NOT applicable for Timecard Offices**)
  Titles of the positions that can be approved access as a **backup:**
  - o   2320-0001 Sales and Services Associate
  - o   2320-0003 Sales, Services/Distribution Associate
  - o   2320-0007 Delivery/Sales & Distribution Associate

  - o   2315-0063 – Level 6 Mail Processing Clerk
  - o   2315-06XX – Level 6 Parcel Post Dist-Machine

- If you have completed the TACS Training course 31267-01 previously, <u>DO NOT</u> register for this class. You may take the Time & Attendance Collection System (TACS) WBT 4 Hour training course in HERO as a refresher. This can be assigned by your manager or local Employee Development (formerly LD&D) Team.

## Course requirements/preparation details:

- This is an 8-hour instructor led training, via ZOOM
- Please note when signing up for a class, you are aware of the time zone you are registering for. You may sign up for any class that best fits your schedule.
- Full attendance is required for the entire 8 hours.
- Attendee must have full access to a postal computer for the entire **8** hours.

5

EXhibit D

- Attendee must be in a quiet environment with a phone or computer audio (off the workroom floor), and uninterrupted, as participation during the class, is required.
- Be sure attendee is prepared by printing all needed materials that will be sent from your instructor one to two days prior to training.
- Make sure attendee is logged on and ready to start at the scheduled start time. If late, attendee will be asked to reschedule.
- If attendee is new to TACS, it is highly recommended that the Time & Attendance Collection System (TACS) WBT 4 Hour training course be taken in HERO prior to taking Course 31267-01. This can be assigned by their manager or local Employee Development Team.
- Lead Clerks/Back Ups -The TIME & ATTENDANCE COLLECTION SYSTEM (TACS) OVERVIEW FOR LEAD CLERKS in HERO is also a requirement. This can be assigned by their manager or local Employee Development Team.

## How to register:

- To register for the 8-hour Time & Attendance Collections Systems (TACS) Supervisor training, the Supervisor or Manager must go to HERO. Please see attached instructions on how to register in HERO. Do NOT sign up for more than one class. This will result in ALL registrations being removed.

Time and Attendance Compliance Team Hq

6

Exhibit D

*J.T. Weeker Chicago ISC*
*11600 w. Irving Park Road*
*Chicago IL 60666-9998*
*773-894-92000*
*312-675-1989m*
*ellen.spaulding@usps.gov*

**From:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Sent:** Monday, May 22, 2023 9:01 AM
**To:** Spaulding, Ellen - Chicago, IL <ellen.spaulding@usps.gov>
**Cc:** HARRIS, CARLOS J - CHICAGO, IL <Carlos.J.Harris@usps.gov>; Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Subject:** FW: Pre-Notice / June 2023 TACS Zoom Training for TIME CLOCK offices will be available for registration 5/18 via HERO - please disseminate
**Importance:** High

Good Morning Ms. Spaulding,

I am interested in taking the June 2023 TACS Zoom Training for Time Clock as follows:

- o 2315-0063 – Level 6 Mail Processing Clerk
- o **Lead Clerks/Back Ups -The TIME & ATTENDANCE COLLECTION SYSTEM (TACS) OVERVIEW FOR LEAD CLERKS in HERO is also a requirement. This can be assigned by their manager or local Employee Development Team.**

This email was sent out on Thursday, May 18, 2023 which is my RDO; therefore, I was not able to sign-up between 11:30 .m. – 12:00p.m.

Please advise.

Thank you,
Debora Price

**From:** Wells, Kelly D <Kelly.D.Wells@usps.gov>
**Sent:** Thursday, May 18, 2023 10:50 AM
**To:** ILLINOIS 1 DISTRICT ALL ACE USERS <ILLINOIS1DISTRICTALLACEUSERS@usps.gov>; Illinois 1-DL-POOM A <Illinois1-DL-POOMA@usps.gov>; ILLINOIS 1 MPOO B <ILLINOIS1MPOOB@usps.gov>; ILLINOIS 1 DISTRICT MCSOs <ILLINOIS1DISTRICTMCSOs@usps.gov>; ILLINOIS 1 District MPOOs <ILLINOIS1DistrictMPOOs@usps.gov>
**Cc:** Morrow, Jewel - Memphis, TN <jewel.morrow@usps.gov>; Bennett, Erin C - Belvidere, IL <Erin.C.Bennett@usps.gov>; Ashford, Regina A - Glen Ellyn, IL <Regina.A.Ashford@usps.gov>; Wells, Kelly D <Kelly.D.Wells@usps.gov>; Averhart, Mamie E - Bedford Park, IL <mamie.e.averhart@usps.gov>
**Subject:** FW: Pre-Notice / June 2023 TACS Zoom Training for TIME CLOCK offices will be available for registration 5/18 via HERO - please disseminate
**Importance:** High

Please share this email.

Kelly Wells
Administrative Assistant
Office of Illinois 1 District Manager
312-983-8030

4

Exhibit E





*Leny D. Sou*

Sr. Operations Support Specialist
Chicago International Military Service Center
(773) 894-9021

---

**From:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Sent:** Monday, May 22, 2023 12:34 PM
**To:** Chacko, George - Chicago, IL <george.chacko@usps.gov>; Sou, Leny D - Chicago, IL <leny.d.sou@usps.gov>
**Cc:** Spaulding, Ellen - Chicago, IL <ellen.spaulding@usps.gov>; Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Subject:** RE: Pre-Notice / June 2023 TACS Zoom Training for TIME CLOCK offices will be available for registration 5/18 via HERO - please disseminate

Okay, thank you. I believe it's George Chacko and/or Leny Sou. I have forwarded a copy of this email to their attention.

George or Leny, can one of you please put me in the system for the June 2023 TACS Zoom Training for Time Clock.

Thank you.

---

**From:** Spaulding, Ellen - Chicago, IL <ellen.spaulding@usps.gov>
**Sent:** Monday, May 22, 2023 11:48 AM
**To:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Subject:** RE: Pre-Notice / June 2023 TACS Zoom Training for TIME CLOCK offices will be available for registration 5/18 via HERO - please disseminate

I tried your not under me. Whoever is your approver they would have to put you in.

*Ellen Spaulding*
*Sr. Manager*

3

Exhibit E

Hello Ms. Powell and/or Ms. Rockwood,

This email is regarding the trending email. Sr. MDO Ellen Spaulding nor Ms. Sou was not able to sign me up.

Please advise.

Thank you,
Debora Price

---

**From:** Sou, Leny D - Chicago, IL <leny.d.sou@usps.gov>
**Sent:** Friday, May 26, 2023 7:55 AM
**To:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Subject:** FW: Pre-Notice / June 2023 TACS Zoom Training for TIME CLOCK offices will be available for registration 5/18 via HERO - please disseminate

*Leny D. Sou*

Sr. Operations Support Specialist
Chicago International Military Service Center
(773) 894-9021

---

**From:** Sou, Leny D - Chicago, IL
**Sent:** Monday, May 22, 2023 4:09 PM
**To:** Powell Lewis, Patricia A - Illinois 1, IL <patricia.a.powell-lewis@usps.gov>
**Cc:** Spaulding, Ellen - Chicago, IL <ellen.spaulding@usps.gov>
**Subject:** FW: Pre-Notice / June 2023 TACS Zoom Training for TIME CLOCK offices will be available for registration 5/18 via HERO - please disseminate

Hi Ms. Powell,

I tried to assign Debora Price for the Lead Clerk (Back-Up) training but the option to "Assign" is not there. See comparisons below. Please assign her to one of the Lead Clerk classes (June 1st if there's still seats open). Sr. MDO Ellen Spaulding tried to do it and she was not successful either. Please assist.

Thank you.....

2

*Exhibit F*

**From:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Sent:** Monday, June 5, 2023 7:41 AM
**To:** Chacko, George - Chicago, IL <george.chacko@usps.gov>
**Cc:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Subject:** TACS Prerequisite

George,

1st I need to take the Time & Attendance Collection System (TACS) WBT 4 Hour Training Course in Hero.
2nd, I need to take Course 31267-01.

1. If attendee is new to TACS, it is highly recommended that the Time & Attendance Collection System (TACS) WBT 4 Hour training course be taken in HERO prior to taking Course 31267-01. This can be assigned by their manager or local Employee Development Team.
2. Lead Clerks/Back Ups -The TIME & ATTENDANCE COLLECTION SYSTEM (TACS) OVERVIEW FOR LEAD CLERKS in HERO is also a requirement. This can be assigned by their manager or local Employee Development Team.

**How to register:**

1. To register for the 8-hour Time & Attendance Collections Systems (TACS) Supervisor training, the Supervisor or Manager must go to HERO. Please see attached instructions on how to register in HERO.
   **Do NOT sign up for more than one class. This will result in ALL registrations being removed.**

Let me now when you registered me so I can sign-on.

Thanks,
*Debora Price*
*T-2 A/General Clerk*
*11600 W. Irving Park Road*
*Chicago, Illinois 60688*
*(773) 894-9100 / 1080*

7

Exhibit 6

**From:** Powell Lewis, Patricia A - Illinois 1, IL <patricia.a.powell-lewis@usps.gov>
**Sent:** Friday, June 9, 2023 1:34 PM
**To:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>; Chacko, George - Chicago, IL <george.chacko@usps.gov>
**Cc:** Locke, Frances M - Chicago, IL <frances.m.locke@usps.gov>; Spaulding, Ellen - Chicago, IL <ellen.spaulding@usps.gov>
**Subject:** RE: TACS Prerequisite

Good Afternoon,
The TACS WBT has been assigned per your request. As for the 8 hour TACS VLR course 31267-01, you must sign up on-line. Our department does not give the TACS training unless instructed by the District TACS coordinator.

Patricia Powell Lewis
A/Employee Development Mgr.
ILL 1 District
U.S. Postal Service | 433 W. Harrison, 8th Floor, Chicago, IL 60699-9998
Office: 312-983-8661|
Email: patricia.a.powell-lewis@usps.gov

**From:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Sent:** Friday, June 9, 2023 11:20 AM
**To:** Chacko, George - Chicago, IL <george.chacko@usps.gov>; Powell Lewis, Patricia A - Illinois 1, IL <patricia.a.powell-lewis@usps.gov>
**Cc:** Locke, Frances M - Chicago, IL <frances.m.locke@usps.gov>; Spaulding, Ellen - Chicago, IL <ellen.spaulding@usps.gov>; Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Subject:** RE: TACS Prerequisite

Good Pat,

This email is a follow-up to see if you were able to sign me up for the classes listed below?

**From:** Chacko, George - Chicago, IL <george.chacko@usps.gov>
**Sent:** Monday, June 5, 2023 8:27 AM
**To:** Powell Lewis, Patricia A - Illinois 1, IL <patricia.a.powell-lewis@usps.gov>
**Cc:** Locke, Frances M - Chicago, IL <frances.m.locke@usps.gov>; Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Subject:** FW: TACS Prerequisite

Good morning Pat,

Please assign the following training classes for Debora Price in HERO. Thank you for continuous support.

<image016.png>
And
31267-01 Course.

George

Exhibit K

To register, go to the Blue page, click on the "My Work" Tab and then click on Accounting under Essential Links on the left-hand side as shown below. Scroll to the bottom and choose Timekeeping Toolkit.
<image011.png>

<image012.png>


Once on the timekeeping toolkit, click the Training Tab and then click TACS Supervisor Training Registration
<image013.png>

On this page, click on the TACS Supervisor Training Registration Link.

<image014.png>

On this page you will be able to see all classes in the drop down and register for any class that works best with your schedule. You will be asked to pick a date and time notated by time zone in the drop down.

<image015.png>

Once you have completed filling out the information, press submit.

1. You will receive an email acknowledging that you have registered.
2. All registrations will be confirmed or denied within 24 hours in a 2nd email to you. Please see comments section for details regarding class.
3. Please note that the Zoom training link will be sent by your instructor and normally goes out one to two days before training. Your zoom link, from your instructor, may go into your Focused box, your Other box, or your Junk mail in Outlook. Be sure to check all 3 including our Outlook Calendar before contacting a Time & Attendance Compliance Specialist.
4. DO NOT FORWARD YOUR LINK. Only the attendees who registered and are on the roster will be allowed to attend and receive credit for the class.


From: Chacko, George - Chicago, IL <george.chacko@usps.gov>
Sent: Friday, June 9, 2023 2:46 PM
To: Powell Lewis, Patricia A - Illinois 1, IL <patricia.a.powell-lewis@usps.gov>
Cc: Locke, Frances M - Chicago, IL <frances.m.locke@usps.gov>; Spaulding, Ellen - Chicago, IL <ellen.spaulding@usps.gov>; Price, Debora - Chicago, IL <Debora.Price@usps.gov>
Subject: RE: TACS Prerequisite

Hi Pat,

Thank you . Do you know how or where ( web address) she can sign up for 8 hrs class?

George

5

Exhibit I

## Price, Debora - Chicago, IL

| | |
|---|---|
| **From:** | Locke, Frances M - Chicago, IL |
| **Sent:** | Saturday, June 10, 2023 10:35 AM |
| **To:** | Price, Debora - Chicago, IL |
| **Cc:** | Powell Lewis, Patricia A - Illinois 1, IL; Chacko, George - Chicago, IL; Spaulding, Ellen - Chicago, IL |
| **Subject:** | Re: TACS Prerequisite |

Good morning,

Before we grant access to TACS training, we need to look at seniority list for backup.

According to last communication I had to train back ups Ms. Price seniority was not in top 6.

Let me validate who should get the training and we will schedule.

Thank you Pat and George for your assistance.

Frances

Sent from my iPhone


> On Jun 10, 2023, at 8:18 AM, Price, Debora - Chicago, IL <Debora.Price@usps.gov> wrote:
>
>
> <image003.gif>
> Good Morning Pat,
>
> Thank you for the instructions; however, after following the instructions, this is the screen that popped-up; unlike the one I need to register.
>
> George, is it possible that you register me. If not, please advise.
>
> <image004.png>
>
>
> This screen did not pop-up.
>
> <image010.png>

1

Exhibit J

**From:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Sent:** Sunday, June 11, 2023 8:16 AM
**To:** Locke, Frances M - Chicago, IL <frances.m.locke@usps.gov>
**Cc:** Powell Lewis, Patricia A - Illinois 1, IL <patricia.a.powell-lewis@usps.gov>; Chacko, George - Chicago, IL <george.chacko@usps.gov>; Spaulding, Ellen - Chicago, IL <ellen.spaulding@usps.gov>; Mayberry, Quintin L - Carol Stream, IL <quintin.l.mayberry@usps.gov>; Averhart, Mamie E - Bedford Park, IL <mamie.e.averhart@usps.gov>; Evans, Glendory - Palatine, IL <Glendory.Evans@usps.gov>; Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Subject:** RE: TACS Prerequisite

Good Morning Frances,

I would like to APPEAL your decision to deny me upward mobility.

**The original email does not state that seniority was a factor.**

The Managers in charged had already approved me of such training(s).

Ellen Spaulding – Senior MDO
George Chacko – LiteBlue Approver/Administrator
Glendory Evans – A/MDO

Tour 2 needs someone who genuinely cares about our employees time/payroll. Currently we have someone who finds every excuse to avoid doing the employees time/payroll (i.e. 1260s, higher level, etc). Here you have someone such as myself with 11 ½ years of payroll experience who is willing and able to get the job done but has to go through all of this back and forth just for your own personal satisfaction.

By all means, I'm trying to keep this email as professional as possible; therefore, I would like for you to answer and/or think about why are you denying me such opportunity.

Question(s).... Is this your way to DENY me of upward mobility?

Do you have a valid reason as to why you display such hostile attitude towards me?

Have I done anything to you for you to display such negative energy towards me?

Is there a reason as to why you feel the need to attempt to bully me?

Before this email was sent out NATION WIDE, you denied me of such training for you own personal reasons.

You tried the seniority list before and was unsuccessful. It went silent because a lot of seniority people didn't want to be bother with TACS; however, you never followed-up. Now that I'm following up on such training, you are now once again denying me of upward mobility.

2

Exhibit J

Good Morning Mr. Mayberry,

I would like to **APPEAL** Frances Locke decision to deny me an opportunity as Back-up Clerk for TACS; therefore, I am requesting that you grant me training just as my other managers (3 of 3; *see below*) have done except for Frances Locke.

See the trailing emails.

Kindly,
Debora Price

**From:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Sent:** Sunday, June 11, 2023 8:16 AM
**To:** Locke, Frances M - Chicago, IL <frances.m.locke@usps.gov>
**Cc:** Powell Lewis, Patricia A - Illinois 1, IL <patricia.a.powell-lewis@usps.gov>; Chacko, George - Chicago, IL <george.chacko@usps.gov>; Spaulding, Ellen - Chicago, IL <ellen.spaulding@usps.gov>; Mayberry, Quintin L - Carol Stream, IL <quintin.l.mayberry@usps.gov>; Averhart, Mamie E - Bedford Park, IL <mamie.e.averhart@usps.gov>; Evans, Glendory - Palatine, IL <Glendory.Evans@usps.gov>; Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Subject:** RE: TACS Prerequisite

Good Morning Frances,

I would like to APPEAL your decision to deny me upward mobility.

**The original email does not state that seniority was a factor.**

The Managers in charged had already approved me of such training(s).

Ellen Spaulding – Senior MDO
George Chacko – LiteBlue Approver/Administrator
Glendory Evans – A/MDO

Tour 2 needs someone who genuinely cares about our employees time/payroll. Currently we have someone who finds every excuse to avoid doing the employees time/payroll (i.e. 1260s, higher level, etc). Here you have someone such as myself with 11 ½ years of payroll experience who is willing and able to get the job done but has to go through all of this back and forth just for your own personal satisfaction.

By all means, I'm trying to keep this email as professional as possible; therefore, I would like for you to answer and/or think about why are you denying me such opportunity.

Question(s).... Is this your way to DENY me of upward mobility?

Do you have a valid reason as to why you display such hostile attitude towards me?

Have I done anything to you for you to display such negative energy towards me?

**Price, Debora - Chicago, IL**

Exhibit K

| | |
|---|---|
| **From:** | Price, Debora - Chicago, IL |
| **Sent:** | Monday, June 12, 2023 11:20 AM |
| **To:** | Mayberry, Quintin L - Carol Stream, IL |
| **Cc:** | Price, Debora - Chicago, IL |
| **Subject:** | RE: Training_TACS Prerequisite |

Ok, thank you. My RDOs are Wednesdays and Thursdays.
Hopefully, we can meet sometime this week.

Warmly,
Debora Price

---

**From:** Mayberry, Quintin L - Carol Stream, IL <quintin.l.mayberry@usps.gov>
**Sent:** Monday, June 12, 2023 10:49 AM
**To:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Subject:** RE: Training_TACS Prerequisite

Good morning Debora – Once I follow up with Frances, I'll schedule/set up a meeting.

Thanks,

Quintin

---

**From:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Sent:** Monday, June 12, 2023 10:32 AM
**To:** Mayberry, Quintin L - Carol Stream, IL <quintin.l.mayberry@usps.gov>
**Cc:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Subject:** Training_TACS Prerequisite

Good Morning Mr. Mayberry,

This email is a follow-up regarding the trailing email.

Also, I would like to set up an appointment to meet with you today or tomorrow.

Thanks,
Debora Price

---

**From:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Sent:** Sunday, June 11, 2023 8:22 AM
**To:** Mayberry, Quintin L - Carol Stream, IL <quintin.l.mayberry@usps.gov>
**Cc:** Powell Lewis, Patricia A - Illinois 1, IL <patricia.a.powell-lewis@usps.gov>; Chacko, George - Chicago, IL <george.chacko@usps.gov>; Spaulding, Ellen - Chicago, IL <ellen.spaulding@usps.gov>; Averhart, Mamie E - Bedford Park, IL <mamie.e.averhart@usps.gov>; Evans, Glendory - Palatine, IL <Glendory.Evans@usps.gov>; Locke, Frances M - Chicago, IL <frances.m.locke@usps.gov>; Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Subject:** RE: TACS Prerequisite

1

**Price, Debora - Chicago, IL**

Exhibit L

| | |
|---|---|
| **From:** | Price, Debora - Chicago, IL |
| **Sent:** | Tuesday, June 20, 2023 7:42 AM |
| **To:** | Mayberry, Quintin L - Carol Stream, IL |
| **Cc:** | Price, Debora - Chicago, IL |
| **Subject:** | RE: Training_TACS Prerequisite |

Good Morning Mr. Mayberry,

This email is a follow-up regarding the trailing email. I would like to know if we can meet today because my RDOs are Tuesdays and Wednesday.

Also, I'll be on leave Friday and Saturday.

If so, you or Sonni please give me a call at (773) 491-3700 because I will not be by a computer all day.

Please advise.

Thank you,
Debora Price

**From:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Sent:** Monday, June 12, 2023 11:20 AM
**To:** Mayberry, Quintin L - Carol Stream, IL <quintin.l.mayberry@usps.gov>
**Cc:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Subject:** RE: Training_TACS Prerequisite

Ok, thank you. My RDOs are Wednesdays and Thursdays.
Hopefully, we can meet sometime this week.

Warmly,
Debora Price

**From:** Mayberry, Quintin L - Carol Stream, IL <quintin.l.mayberry@usps.gov>
**Sent:** Monday, June 12, 2023 10:49 AM
**To:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Subject:** RE: Training_TACS Prerequisite

Good morning Debora – Once I follow up with Frances, I'll schedule/set up a meeting.

Thanks,

Quintin

**From:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Sent:** Monday, June 12, 2023 10:32 AM
**To:** Mayberry, Quintin L - Carol Stream, IL <quintin.l.mayberry@usps.gov>

1

**Price, Debora - Chicago, IL**

Exhibit M

| | |
|---|---|
| **From:** | Price, Debora - Chicago, IL |
| **Sent:** | Friday, June 30, 2023 8:45 AM |
| **To:** | Mayberry, Quintin L - Carol Stream, IL |
| **Cc:** | Price, Debora - Chicago, IL |
| **Subject:** | RE: 3rd REQUEST_ Training_TACS Prerequisite |

Good Morning Mr. Maybery,

I'm still waiting on a response as to setting up a meeting with you regarding the trailing email.

Computer access is limited; therefore, please have Sunni to call me on my cell (773) 491-3700.

Please advise.

Kindly,
Debora Price

**From:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Sent:** Monday, June 12, 2023 11:20 AM
**To:** Mayberry, Quintin L - Carol Stream, IL <quintin.l.mayberry@usps.gov>
**Cc:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Subject:** RE: Training_TACS Prerequisite

Ok, thank you. My RDOs are Wednesdays and Thursdays. Hopefully, we can meet sometime this week.

Warmly,
Debora Price

**From:** Mayberry, Quintin L - Carol Stream, IL <quintin.l.mayberry@usps.gov>
**Sent:** Monday, June 12, 2023 10:49 AM
**To:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Subject:** RE: Training_TACS Prerequisite

Good morning Debora – Once I follow up with Frances, I'll schedule/set up a meeting.

Thanks,

Quintin

**From:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Sent:** Monday, June 12, 2023 10:32 AM
**To:** Mayberry, Quintin L - Carol Stream, IL <quintin.l.mayberry@usps.gov>
**Cc:** Price, Debora - Chicago, IL <Debora.Price@usps.gov>
**Subject:** Training_TACS Prerequisite

Good Morning Mr. Mayberry,

1